AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK
2015 MAY 26 PM 5:00
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:15 mj 172 |
| | ) | |
| | ) | |
| TOMMY H. THOMPSON | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the ____Southern____ District of ____Ohio____, the defendant(s) violated:

| *Code Section* | *Offense Description* |

SEE ATTACHMENT A

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA MARK MONTOYA, USPS-OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-26-15

_____
*Judge's signature*

City and state: DAYTON, OHIO   SHARON L. OVINGTON, U.S. MAGISTRATE JUDGE
*Printed name and title*

## ATTACHMENT A

### COUNT 1
[18 U.S.C. § 2252(a)(4)(B) and (b)(2)]

On or about October 22, 2014, in the Southern District of Ohio, the defendant, TOMMY H. THOMPSON did knowingly possess at least one matter which contains any visual depiction that had been mailed, shipped and transported using any means and facility of interstate or foreign commerce, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).